UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAMAL GROSS,

        Plaintiff,

v.                             **ORDER**
                                Civil File No. 11-3415 (MJD/SER)

UNITED STATES DEPARTMENT
OF JUSTICE, et al.,

        Defendants.

Jamal Gross, pro se, Counsel for Plaintiff.

Gregory G. Brooker, Assistant United States Attorney, Counsel for Defendants.

      The above-entitled matter comes before the Court upon the Report and

Recommendation of United States Magistrate Judge Steven E. Rau dated January

31, 2012.  Plaintiff Jamal Gross filed objections to the Report and

Recommendation.  The Court has carefully reviewed Plaintiff's "Traverse

Response to the Report and Recommendation" and considered that, even if that

document is construed as an attempt to amend Plaintiff's Amended Complaint,

the Second Amended Complaint would fail to plead an actionable civil rights

claim against any of the Defendants for the reasons set forth in the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Rau dated January 31, 2012.  Because the District Court for the Northern District of Texas only transferred the claims against Defendants Warden Rios, Dr. Amy Boncher, Michael Issacson, and Pam Agrimson to the District of Minnesota, and those claims are summarily dismissed, the entire action in this Court is dismissed and judgment shall be entered.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated January 31, 2012 [Docket No. 20].

2. This action is summarily **DISMISSED**.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 23, 2012         s/ Michael J. Davis
                               Michael J. Davis
                               Chief Judge
                               United States District Court